UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHARON LEBLANC PATIN | CIVIL ACTION NO. 6:19-cv-00883 |
| VERSUS | JUDGE JUNEAU |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is REVERSED and REMANDED to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to properly evaluate the claimant's residual functional capacity, properly evaluate whether the claimant is capable of performing her past relevant work, and properly evaluate whether the

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

claimant is disabled. The claimant should be afforded the opportunity to submit updated medical evidence and to testify at another hearing.

Signed at Lafayette, Louisiana, this 6th  day of April , 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE